HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW LAWRENCE, a single man, and
all persons similarly situated,

               Plaintiff,

    v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

               Defendant.

No.: C04-5791 FDB

STIPULATED ORDER MODIFYING
TRIAL BRIEFING SCHEDULE

**Noted:  September 28, 2005**

      The parties, Plaintiff Andrew Lawrence and Defendant The Prudential Insurance

Company of America, by and through their counsel of record hereby stipulate to the

following and respectfully request the Court's approval of this stipulation:

      1.      As this matter is governed by ERISA[1], there will be no jury, so jury

instructions and voir dire are not required.

    //

    //

---

[1] Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq.

Page 1 –  STIPULATED ORDER MODIFYING TRIAL BRIEFING SCHEDULE
       No.: C04-5791 FDB

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

1     2.     The evidence will be limited to the administrative record.  Therefore, the

2   parties request that trial briefs or motions for judgment on the administrative record,

3   proposed findings of fact and conclusions of law be filed on October 17, 2005.

4        IT IS SO ORDERED.

5        DONE this 3rd day of October, 2005.

6

7                                                  /s/ Franklin D Burgess
                                                   The Honorable Franklin D. Burgess
8

9   Presented By:

10  STRITMATTER KESSLER WHELAN
    WITHEY COLUCCIO
11

12
    /s/ Brad J. Moore
13  Brad J. Moore, WSBA # 21802
    E-mail: Brad@SKWWC.com
14  Attorneys for Plaintiff Andrew Lawrence
    STRITMATTER KESSLER WHELAN
15  WITHEY COLUCCIO
    200 Second Ave. West
16  Seattle, Washington  98119
    Telephone: 206.448.1777
17  Facsimile: 206.728.2131

18  BULLIVANT HOUSER BAILEY PC

19

20  /s/ Brian K. Keeley
    Brian K. Keeley, WSBA #32121
21  E-mail: brian.keeley@bullivant.com
    Medora A. Marisseau, WSBA # 23114
22  E-mail: medora.marisseau@bullivant.com
    Attorneys for Defendant The Prudential
23  Insurance Company Of America
    BULLIVANT HOUSER BAILEY PC
24  1601 Fifth Avenue, Suite 2300
    Seattle, Washington  98101-1618
25  Telephone: 206.292.8930
    Facsimile: 206.386.5130

26  **Error! Unknown document property name.**

Page 2 –  STIPULATED ORDER MODIFYING TRIAL BRIEFING SCHEDULE
        No.: C04-5791 FDB

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930